SILAS A. COFFIN, *Lib'l'nt*, *versus* ELIZABETH COFFIN.

A libellee, named in a libel praying to have the marriage between the parties annulled on account of an alleged prior marriage, is not entitled to a trial by jury.

ON REPORT.

LIBEL to annul a marriage between the parties under R. S., c. 60, §§ 14 and 16. The respondent seasonably claimed a trial by jury, which the libellant resisted on the ground

that there is no authority in the constitution or statute for a trial by jury in this case. The case was thereupon reported to the Law Court, which was to determine whether the case shall stand for trial by the presiding Judge at *nisi prius*, or whether an issue shall be framed and submitted to the jury.

*Davis & Drummond*, for the libellant.

*Geo. F. Shepley & A. A. Strout*, for the libellee.

DANFORTH, J. — This case does not come within § 20, art. 1, of the constitution, providing for a trial by jury. The practice has been otherwise. Nor is there any statute authorizing it. On the other hand, the statute provides that " the Court shall decree it (the marriage) annulled or affirmed according to the proof." R. S., c. 60, § 14.

*The case to stand for trial by the Court.*

KENT, DICKERSON, BARROWS and TAPLEY, JJ., concurred.